UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

25cr23 DSD/SGE

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | 8 U.S.C. § 1326(a) |
| v. | ) | 8 U.S.C. § 1326(b)(2) |
| | ) | 18 U.S.C. § 2250(a) |
| LUIS GOMEZ-ESTEBAN, | ) | |
| a/k/a Luis Gerardo Gomez-Esteban, | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Reentry of Removed Alien—Prior Aggravated Felony)

On or about November 27, 2024, in the State and District of Minnesota, the defendant,

**LUIS GOMEZ-ESTEBAN,**
a/k/a Luis Gerardo Gomez-Esteban,

an alien, was found in the United States after having been removed therefrom on or about May 8, 2019, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, and whose removal was subsequent to a conviction for commission of an aggravated felony, namely:

| Offense | Jurisdiction | Date of Conviction (On or About) |
| --- | --- | --- |
| Child Molestation in the Second Degree | Thurston County, Washington | September 24, 2015 |
| Child Molestation in the Second Degree | Thurston County, Washington | September 24, 2015 |
| Communication with Minor for Immoral Purposes | Thurston County, Washington | September 24, 2015 |

SCANNED
FEB 0 4 2025
U.S. DISTRICT COURT MPLS

*U.S. v. Luis Gomez-Esteban*

all in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

## COUNT 2
(Failure to Register as Sex Offender)

Between on or about April 13, 2024, and on or about November 27, 2024, in the State and District of Minnesota and elsewhere, the defendant,

**LUIS GOMEZ-ESTEBAN,**
a/k/a Luis Gerardo Gomez-Esteban,

a person required to register under the Sex Offender Registration and Notification Act, having traveled in interstate commerce, knowingly failed to register and update registration as required by the Sex Offender Registration and Notification Act, all in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

_____     _____
ACTING UNITED STATES ATTORNEY        FOREPERSON